UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TIMOTHY JAMES SEBOLT,

        Defendant.
_____/

Case No. 1:05:CR:212

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed January 18, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Timothy James Sebolt's plea of guilty to Count One of the Indictment is accepted. Defendant Timothy James Sebolt is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: February 1, 2006

                      /s/ Gordon J. Quist
                     GORDON J. QUIST
             UNITED STATES DISTRICT JUDGE